**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE MOJICA,

                         Plaintiff,                         23 **CIVIL** 10091 (SDA)

      -v-                                                        **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated January 23, 2024, that the final decision of the

Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:** New York, New York

       January 23, 2024

                                        **RUBY J. KRAJICK**
                                         **Clerk of Court**

               **BY:**                               
                                  _____
                                        **Deputy Clerk**